**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

DGCI CORPORATION                )
                                )
    Plaintiff,                  )
                                )
v.                              )       Case No. 24-1053C
                                )
UNITED STATES                   )       Judge David A. Tapp
                                )
    Defendant.                  )
_____)

**MOTION TO INTERVENE**

Sedra LLC ("Sedra"), by and through the undersigned counsel, respectfully moves to

intervene as proposed defendant-intervenor in the above-captioned bid protest filed by Plaintiff

DGCI Corporation ("DGCI"). DGCI's protest challenges the evaluation and awards by the

Defense Logistics Agency-Energy ("DLA") under Request for Proposals No. SPE605-23-R-

0210 (the "RFP"). Sedra is an awardee under the RFP and was awarded Contract No. SPE605-

24-D-9555 on May 29, 2024. Pursuant to Rule 7.3 of the Rules of the United States Court of

Federal Claims (the "COFC Rules"), counsel for Sedra made reasonable and good faith efforts to

discuss this intervention motion for counsel for DGCI and the United States. Counsel for the

United States advised that they do not oppose this motion. Counsel for DGCI has not yet

responded. Sedra is filing this motion to intervene in advance of the status conference schedule

for today, July 16, at 11:30am ET.

**ARGUMENT**

Pursuant to Rule 24(a)(2) of the COFC Rules, a party is entitled to intervene as of right

when the party "claims an interest relating to the property or transaction that is the subject of the

action, and is so situated that disposing of the action may as a practical matter impair or impede

the movant's ability to protect its interest, unless existing parties adequately represent that interest." Such claims should be construed in favor of the intervenor. *See Am. Mar. Transp., Inc. v. United States*, 870 F.2d 1559, 1561 (Fed. Cir. 1989).

Sedra is entitled to intervene as of right under Rule 24. This motion is timely filed and Sedra is the awardee of a contract under the RFP and evaluation that is the subject of DGCI's protest. Resolution of the protect could impact the DLA's evaluation of proposals and award decisions, including corrective action, which could impact Sedra's award by delaying the start date or interfering with Sedra's performance of its validly awarded contract. Sedra's interests are not adequately represented by the existing parties and Sedra's ability to protect its interest may be impaired or impeded without its participation in this proceeding. Even if DGCI's protest is limited to challenging the DLA's evaluation of its own proposal, and only seeks a narrow remedy, such legal challenge necessarily implicates Sedra's interests under the RFP, which required that awards be made on a lowest price technically acceptable basis.

Alternatively, the Court should grant this motion and allow Sedra to intervene pursuant to Rule 24(b) of the COFC Rules, which allows permissive intervention when a party "has a claim or defense that shares with the main action a common question of law or fact." This Court has "broad discretion in deciding whether to allow permissive intervention," provided that the underlying motion nis timely filed an doses not unduly delay or prejudice the adjudication of the case. *See ACME Wordlwide Enters. v. United States*, 137 Fed. Cl. 469, 477 (2018). As an awardee, Sedra has defenses that share common questions of law or fact, such as the reasonableness of DLA's evaluation of proposals and its conclusions of which offerors were technically acceptable and offered the lowest price. In addition, this motion is timely filed within days of the filing of the initial complaint and prior to the initial status conference in this

case, which counsel for Sedra is able to attend.  Granting this motion will not prejudice or unduly delay the Court' adjudication of this case.

Dated:  July 16, 2024                    Respectfully submitted,


/s/ Steven Neeley
Steven A. Neeley
**HUSCH BLACKWELL LLP**
1801 Pennsylvania Ave., NW, Suite 1000
Washington, DC 20006
Tel.: (202) 378-2331
Fax: (202) 378-2318
steve.neeley@huschblackwell.com

***Counsel for Sedra LLC***

3